IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID S. WRAGGS,<br><br>                 Plaintiff,<br><br>vs.<br><br>LOZIER CORPORATION,<br><br>                 Defendant. | **8:23CV436**<br><br>**ORDER** |

      This matter is before the court on its own motion. Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to the local rules and inform the court of address changes within 30 days). The court notes that Plaintiff was previously advised of this obligation and Plaintiff has filed notices of change of address multiple times. (Filing No. 11; Filing No. 13; Filing No. 19). The most recent Notice was filed on August 11, 2025. (Filing No. 19). On September 8, 2025, the Clerk of the Court mailed a progression order (Filing No. 23) to Plaintiff at his last known address. On September 9, 2025 the Clerk of the Court mailed case conference instructions (Filing No. 24) to Plaintiff at the same address. Both mailings returned to the court undeliverable. (Filing No. 29; Filing No. 30). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

      IT IS THEREFORE ORDERED that:

1) Plaintiff must update his address within 30 days. If Plaintiff does not do so, the undersigned will recommend that this case be dismissed.

2) The Clerk of the Court is directed to set a case management deadline in this case using the following text: October 27, 2025: check for address.

Dated this 26th day of September, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge