| | |
|---|---|
| **From:** | Caitlin Wain |
| **To:** | Kiley Schmidt; carson@ned.uscourts.gov |
| **Cc:** | mgoldsmith_bairdholm.com; 5326iuka@gmail.com |
| **Subject:** | RE: Wraggs v. Lozier Corporation, 23-cv-00436 -- Discovery Conference |
| **Date:** | Wednesday, December 17, 2025 12:16:00 PM |
| **Attachments:** | document-48.pdf |

Counsel, a text order has been entered setting the call on Friday 12/19/25 at 10:30 a.m. As indicated in the order, a copy of Filing No. 24 is attached, and the dial-in number is also copied below. Please use these instructions to call in on Friday.

**Dial 1-855-244-8681**

**Enter the access code: 2310 555 0906, then hit the # key**

Thank you,

Caitlin E. Wain
Law Clerk to United States Magistrate Judge Ryan C. Carson
U.S. District Court for the District of Nebraska
caitlin_wain@ned.uscourts.gov
Telephone: (402) 661-7344

---

**From:** Kiley Schmidt <kschmidt@bairdholm.com>
**Sent:** Tuesday, December 16, 2025 3:31 PM
**To:** Caitlin Wain <Caitlin_Wain@ned.uscourts.gov>; carson@ned.uscourts.gov
**Cc:** mgoldsmith_bairdholm.com <mgoldsmith@bairdholm.com>; 5326iuka@gmail.com
**Subject:** RE: Wraggs v. Lozier Corporation, 23-cv-00436 -- Discovery Conference

**CAUTION - EXTERNAL:**

Ms. Wain,

Defense counsel is available on Friday (12/19) at 10:30 a.m.

Thank you,

**Kiley N. Schmidt**
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.636.8304 Direct Dial Phone
402.344.0588 Fax
kschmidt@bairdholm.com

Baird Holm LLP



This communication, along with any attachments, is covered by federal and state law governing electronic communications

and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Caitlin Wain <Caitlin_Wain@ned.uscourts.gov>
**Sent:** Tuesday, December 16, 2025 2:54 PM
**To:** Kiley Schmidt <kschmidt@bairdholm.com>; carson@ned.uscourts.gov
**Cc:** Mark Goldsmith <mgoldsmith@bairdholm.com>; 5326iuka@gmail.com
**Subject:** RE: Wraggs v. Lozier Corporation, 23-cv-00436 -- Discovery Conference

Defendant's email is received and Judge Carson will set a call with the parties. The judge has a conflict at 11:00 a.m. on Friday December 19 but would be available at 10:30 a.m. Please let me know if that will work.

If no response is received by chambers (carson@ned.uscourts.gov) by Noon on Wednesday December 17, the court will enter a text order setting the call for 10:30 a.m. on Friday December 19. Thank you,

Caitlin E. Wain
Law Clerk to United States Magistrate Judge Ryan C. Carson
U.S. District Court for the District of Nebraska
caitlin_wain@ned.uscourts.gov
Chambers Telephone: (402) 661-7344

---

**From:** Kiley Schmidt <kschmidt@bairdholm.com>
**Sent:** Tuesday, December 16, 2025 12:52 PM
**To:** Caitlin Wain <Caitlin_Wain@ned.uscourts.gov>; carson@ned.uscourts.gov
**Cc:** mgoldsmith_bairdholm.com <mgoldsmith@bairdholm.com>; 5326iuka@gmail.com
**Subject:** RE: Wraggs v. Lozier Corporation, 23-cv-00436 -- Discovery Conference

**CAUTION - EXTERNAL:**

Ms. Wain,

Defendant is reaching out because attempts to meet and confer with Plaintiff's counsel have been unsuccessful. Plaintiff's counsel did not submit a statement to the court by noon yesterday (12/15/25). Nevertheless, I called Plaintiff's counsel this morning at the phone number provided on his Entry of Appearance. I have previously left voice messages for Plaintiff's counsel at that number. When I called this morning, however, that phone number is no longer active. I then emailed Plaintiff's counsel at the email address on his Entry of Appearance. I have previously sent and received email correspondence from Plaintiff's counsel's email address. He has not responded to my email. Plaintiff's counsel's actions have made it impossible to meet and confer and select mutually agreeable times for a discovery dispute conference because I have been unable to reach Plaintiff's counsel.

Based on the above, Defendant believes that a discovery dispute conference is necessary. Upon review of Judge Carson's calendar, I am available at the following times:

Wednesday (12/17) at 3:30 p.m.
Thursday (12/18) at 11:00 a.m.
Friday (12/19) at 11:00 a.m.

If you need more from Defendant prior to the conference, please let me know.

Sincerely,

**Kiley N. Schmidt**

Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.636.8304 Direct Dial Phone
402.344.0588 Fax
kschmidt@bairdholm.com

| Baird Holm LLP |
|---|
| |

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Kiley Schmidt
**Sent:** Wednesday, December 10, 2025 2:27 PM
**To:** 'Caitlin Wain' <Caitlin_Wain@ned.uscourts.gov>; carson@ned.uscourts.gov
**Cc:** Mark Goldsmith <mgoldsmith@bairdholm.com>; 5326iuka@gmail.com
**Subject:** RE: Wraggs v. Lozier Corporation, 23-cv-00436 -- Discovery Conference

Ms. Wain,

Thank you for the communication.

Please let my email yesterday stand as Defendant's summary.

Sincerely,


**Kiley N. Schmidt**
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.636.8304 Direct Dial Phone
402.344.0588 Fax
kschmidt@bairdholm.com

| Baird Holm LLP |
|---|
| |

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Caitlin Wain <Caitlin_Wain@ned.uscourts.gov>

**Sent:** Wednesday, December 10, 2025 11:38 AM
**To:** Kiley Schmidt <kschmidt@bairdholm.com>; carson@ned.uscourts.gov
**Cc:** Mark Goldsmith <mgoldsmith@bairdholm.com>; 5326iuka@gmail.com
**Subject:** RE: Wraggs v. Lozier Corporation, 23-cv-00436 -- Discovery Conference

Counsel,

The court understands there is a discovery dispute between the parties. To ensure that the matter is addressed efficiently and fairly, the following procedures apply:

Both parties are to submit to the court by email to carson@ned.uscourts.gov, and to each other, a concise statement (no more than three paragraphs) summarizing their respective position by noon on Monday December 15. Please include copies of any disputed requests. The email from Defendant yesterday can be taken as Defendant's summary.

The parties must thereafter meet and confer (either in person or at a minimum by phone) to discuss in good faith the particular issues as raised in the submissions. This discussion will be required regardless of prior efforts to confer.

If a discovery dispute call with the court remains necessary after doing so, please jointly review Judge Carson's calendar at https://www.ned.uscourts.gov/court-calendar, and note that the 1:30-2:30 p.m. hour is generally reserved for criminal hearings. The parties should then email chambers to confirm that they have conferred as instructed and propose two or more mutually agreeable dates and times. The court will select one of the proposed dates and set the hearing, which will be recorded.

Please see the following General Order No. 2025-04 regarding the storage, management, and access to restricted and sealed documents on CM/ECF, as the court's procedures have recently changed. Materials submitted prior to the hearing and the audio recording of the hearing will be uploaded to the public docket unless there is a request for restriction.

Caitlin E. Wain
Law Clerk to United States Magistrate Judge Ryan C. Carson
U.S. District Court for the District of Nebraska
caitlin_wain@ned.uscourts.gov
Telephone: (402) 661-7342

---

**From:** Kiley Schmidt <kschmidt@bairdholm.com>
**Sent:** Tuesday, December 9, 2025 4:14 PM
**To:** carson@ned.uscourts.gov
**Cc:** mgoldsmith_bairdholm.com <mgoldsmith@bairdholm.com>; 5326iuka@gmail.com
**Subject:** Wraggs v. Lozier Corporation, 23-cv-00436 -- Discovery Conference

**CAUTION - EXTERNAL:**

Good morning, Judge Carson,

I represent Defendant Lozier Corporation in an employment lawsuit filed by Plaintiff David Wraggs. Initially Plaintiff was pro se, but Plaintiff's counsel entered his appearance on November 3, 2025. Since Plaintiff's counsel's entry, I've called and emailed him numerous times to request Plaintiff's Initial Disclosures, yet he still has not produced them. Additionally, Plaintiff's discovery responses are now overdue. Written discovery closes on January 5, 2026.

For the above reasons, Defendant requests a discovery conference in advance of filing a motion to compel discovery,

pursuant to paragraph 4 of the Final Progression Order (ECF # 23), to address the following issues:

1. Plaintiff's overdue Initial Disclosures and
2. Plaintiff's failure to respond to Defendant's Interrogatories and Requests for Production and Admissions.

Please let me know if you need additional information from defense counsel. All counsel of record are included on this email.

Sincerely,

**Kiley N. Schmidt**
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
www.bairdholm.com

402.636.8304 Direct Dial Phone
402.344.0588 Fax
kschmidt@bairdholm.com

Baird Holm LLP

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.