IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID S. WRAGGS,<br><br>           Plaintiff,<br><br>vs.<br><br>LOZIER CORPORATION,<br><br>           Defendant. | 8:23CV436<br><br>**ORDER** |

      Plaintiff delivered a packet of documents to the Clerk of the Court on December 29, 2025 notifying the undersigned of the death of his counsel and affirmatively stating that he intends to fully respond to discovery. (Filing Nos. 47-51). He requested additional time to find replacement counsel and serve discovery responses. These requests will be granted.

      Plaintiff's motions opposing a protective order and for leave to challenge "Confidentiality Designations Under Paragraph 13 of the Protective Order" will be denied as moot. (Filing No. 48; Filing No. 51). Plaintiff opposes a protective order in this case, asserting that Defendant seeks to withhold discovery materials directly relevant to these claims. The court's standard protective order has been entered and was agreed to by Plaintiff's counsel. (Filing No. 38). The court will not revisit that issue. Defendant did not make any confidentiality designations in seeking a protective order, it simply set forth the procedure for making such designations in the future.

      IT IS ORDERED:

1. Plaintiff's Motion to Note Death of Counsel & For Leave to Proceed Pro Se Temporarily (Filing No. 50) is granted, in part. The Clerk shall terminate Attorney

Edward L. Wintroub as counsel for Plaintiff and send all notice to plaintiff, until replacement counsel enters an appearance.

2. This case is stayed for 30 days to allow Plaintiff to hire replacement counsel, if he so chooses.

3. On or before January 29, 2026, Plaintiff David S. Wraggs shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

4. Defendant's Motion to Compel is denied without prejudice to reassertion after the stay is lifted. (Filing No. 44).

5. A status conference is set for a status conference on January 30, 2026 at 10:00 a.m. before the undersigned magistrate judge. Plaintiff or Plaintiff's replacement counsel and counsel for Defendant shall use the conferencing instructions assigned to this case to participate in the call. (Filing No. 24).

6. Plaintiff's motions opposing the Protective Order are denied as moot. (Filing No. 48; Filing No. 51).

7. The Clerk shall mail a copy of Filing No. 24 to plaintiff with this order.

Dated this 31st day of December, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge