IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID S. WRAGGS,<br><br>Plaintiff,<br><br>vs.<br><br>LOZIER CORPORATION,<br><br>Defendant. | **8:23CV436**<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 69). Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 4th day of August, 2026.

BY THE COURT:

Susan M Bazis

Susan M. Bazis
United States District Judge